**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| TONYA A. ARNOLD, | : | |
| Plaintiff, | : | Case No. 3:07cv0319 |
| vs. | : | District Judge Thomas M. Rose<br>Magistrate Judge Sharon L. Ovington |
| MICHAEL J. ASTRUE,<br>Commissioner of the Social<br>Security Administration, | :<br><br>: | |
| Defendant. | : | |

## DECISION AND ENTRY

This case is before the Court upon Plaintiff's Motion For Attorney Fees Under The Equal Access To Justice Act (EAJA), 28 U.S.C. §2412(d), and Plaintiff's Brief (Doc. #s 15, 16). Defendant has no objection to Plaintiff's Motion. (Doc. #17). As a result, Plaintiff has shown that she is entitled to an award of attorney fees in the total amount she seeks, $2,314.35.

Accordingly, the Court hereby **ORDERS** that:

1. Plaintiff's Motion For Attorney Fees under the Equal Access to Justice Act (Doc. #15) is **GRANTED**;

2. The Commissioner shall pay Plaintiff's attorney fees pursuant to the EAJA in the total amount of $2,314.35; and

3. The case remains terminated on the docket of this Court.

July 23, 2008                                *S/THOMAS M. ROSE

                                             _____
                                             Thomas M. Rose
                                             United States District Judge